**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00096-CV**
_____

**SOUTHCOAST PRODUCTION INC., Appellant**

**V.**

**MCP OPERATING, LLC AND PHILLIPS 66 COMPANY, Appellees**

**On Appeal from the 258th District Court**
**San Jacinto County, Texas**
**Trial Cause No. CV17,263**

**MEMORANDUM OPINION**

Southcoast Production Inc. filed a notice of appeal on March 11, 2024, from a final judgment signed on December 12, 2023. Despite written notice from this Court and an opportunity to cure, to date, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellant did not respond to the Court's notice.

1

Appellant did not file a statement of inability to pay costs and has not shown that it is entitled to proceed without payment of costs. *See id.* 20.1. Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See id*. 42.3(c). There being no satisfactory explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See id*. 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 15, 2024
Opinion Delivered May 16, 2024

Before Golemon, C.J., Horton and Johnson, JJ.